FILED

12/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0698

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0698

HENRY MARTYN HALL,

Petitioner,

v.

JEREMIAH PETERSON, MISSOULA COUNTY
SHERIFF, BRIAN GOOTKIN, DIRECTOR,
DEPT. OF CORRECTIONS

Respondents.

FILED

DEC - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Henry Martyn Hall, via counsel, has filed a Petition for Writ of Habeas Corpus, alleging he is not being properly credited for time he is serving while awaiting a treatment placement. Upon review of his Petition and attachments, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Henry Martyn Hall personally.

DATED this 9th day of December, 2024.

_____
Justice